IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD and, BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.: 1:19-CV-978-RC |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) ) | |

## **ANSWER**

Defendant Central Intelligence Agency ("Defendant" or the "CIA"), by and through undersigned counsel, hereby answers the numbered paragraphs of Plaintiffs' Complaint as follows:

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

3. Admits that the CIA is an agency of the United States.

4. Paragraph 4 consists of a legal conclusion, to which no response is required.

5. Paragraph 5 consists of a legal conclusion, to which no response is required.

6. Paragraph 6 consists of Plaintiffs' legal conclusion regarding jurisdiction, to which no response is required.

7. Paragraph 7 consists of Plaintiffs' legal conclusion regarding venue, to which no response is required.

8. Paragraph 8 consists of a legal conclusion, to which no response is required.

9. Admits.

10. The first and second sentences of paragraph 10 consist of legal conclusions, to which no response is required. The third sentence of paragraph 10 characterizes the FOIA request at issue in this case, and the FOIA request at issue in Case No. 17-cv-2176, and Defendant respectfully refers the Court to those documents for true and complete statements of their contents.

11. Paragraph 11 consists of a characterization of a tweet by President Donald Trump, and Defendant respectfully refers the Court to the referenced tweet for a true and complete statement of its contents.

12. Paragraph 12 consists of a legal conclusion, to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in paragraph 12.

13. Admits that the CIA received a FOIA request from Plaintiffs dated July 2, 2018. Paragraph 13 otherwise consists of a characterization of Plaintiffs' FOIA request, and Defendant respectfully refers the Court to that request for a true and complete statement of its contents.

14. Paragraph 14 consists of a characterization of Plaintiffs' FOIA request, and Defendant respectfully refers the Court to that request for a true and complete statement of its contents.

15. Admits that the CIA sent a letter to Plaintiffs dated July 24, 2018. Paragraph 15 otherwise consists of a characterization of the letter from the CIA, and Defendant respectfully refers the Court to that letter for a true and complete statement of its contents.

16. Admits.

17. Repeats and reincorporates its responses in the foregoing paragraphs.

18. Paragraph 18 consists of a legal conclusion, to which no response is required.

19. The paragraph beginning "WHEREFORE" and subparagraphs numbered (1) through (4) consist of Plaintiffs' prayer for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiffs are entitled to the relief sought or to any relief.

## DEFENSES

Any allegations not specifically admitted, denied, or otherwise answered are hereby denied. For further defenses, Defendant alleges as follows:

### First Defense

Defendant has not improperly withheld information within the meaning of FOIA.

### Second Defense

Whether or not the Defendant possesses documents responsive to Plaintiffs' FOIA request is information that is exempt from public disclosure. *See* 5 U.S.C. § 552(b); Executive Order 13526.

### Third Defense

The Court lacks subject matter jurisdiction over Plaintiffs' requests for relief to the extent that they exceed the relief authorized under FOIA. *See* 5 U.S.C. § 552.

## CONCLUSION

WHEREFORE, Defendant requests judgment dismissing the complaint and granting such other and further relief as this Court deems appropriate, including costs and disbursements.

Dated: May 17, 2019                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director

                                        /s/ *Elizabeth M. Tulis*
                                        ELIZABETH M. TULIS (NY Bar)
                                        Trial Attorney
                                        Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 514-9237
                                        Fax: (202) 616-8470
                                        E-mail: elizabeth.tulis@usdoj.gov


                                        *Counsel for Defendant*